No. 575. CONNER ET AL. *v.* PENNSYLVANIA RAILROAD CO. ET AL.;

No. 645. PENNSYLVANIA RAILROAD CO. *v.* CONNER ET AL.; and

No. 646. BROTHERHOOD OF RAILROAD TRAINMEN ET AL. *v.* CONNER ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John W. Cragun, Thomas Searing Jackson* and *Riley A. Gwynn* for petitioners in No. 575. *Guy W. Knight, R. N. Clattenburg, Hugh B. Cox* and *James G. Johnson, Jr.* for the Pennsylvania Railroad Co., petitioner in No. 645 and respondent in No. 575. *Carl McFarland* and *Ken-*

*neth L. Kimble* for the Brotherhood of Railroad Trainmen et al., petitioners in No. 646 and respondents in No. 575.

